| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:17-CR-119 |
| | § | |
| AUDEL VALENCIA-VALENCIA | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent to proceed under 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to stand trial (#30) is ADOPTED. The Court further ORDERS and FINDS that defendant, Audel Valencia-Valencia, is competent pursuant to Title 18, United States Code, Section 4241. The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from December 15, 2017, the date of Judge Giblin's order directing a mental examination (#24), through the date of this order.

SIGNED at Plano, Texas, this 13th day of December, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE